## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **DETRICK CLARKE,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. _____ |
| **HUNTER WARFIELD, INC.,** | § § § | |
| *Defendant.* | § § § | |

### DEFENDANT HUNTER WARFIELD, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Hunter Warfield, Inc. ("HWI") hereby removes the subject action from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, on the following grounds:

1. Plaintiff Detrick Clarke instituted an action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, on July 9, 2021. A copy of the Complaint is attached hereto as Exhibit A.

2. HWI was served on July 21, 2021. Therefore, removal is timely.

3. Plaintiff's Complaint alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida.

6. Notice of this removal will promptly be filed with the County Court of

the Thirteenth Judicial Circuit in and for Hillsborough County, Florida and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

WHEREFORE, Defendant Hunter Warfield, Inc., by counsel, removes the subject action from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida.

Dated: August 20, 2021.

Respectfully submitted,

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3632
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com