UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:21-cv-02011-CEH-SPF

DETRICK CLARKE,

    Plaintiff,

v.

HUNTER WARFIELD, INC.,

    Defendant.

_____/

**JOINT PROPOSED ORDER SETTING**
**PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| Date | Event |
|---|---|
| 10-01-2021 | Initial Disclosures |
| 10-15-2021 | Joinder of parties and claims, and amendment of pleadings. |
| 04-29-2022 | Deadline to complete all discovery. |
| 05-06-2022 | Mediation must be completed. |
| 05-13-2022 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 06-24-2022 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 07-01-2022 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 07-08-2022 | Final pretrial conference |
| 07-11-2022 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2021.

                                                                           _____
                                                                          CHARLENE EDWARDS HONEYWELL
                                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record