**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DETRICK CLARKE,

    Plaintiff,

v.                                                  Case No: 8:21-cv-2011-CEH-SPF

HUNTER WARFIELD, INC.,

    Defendant.

_____

**ORDER**

    This case is before the Court on review of the Case Management Report (Doc. 6), filed by the Plaintiff on September 10, 2021. The parties have not submitted the correct Case Management Report.

    The parties shall utilize the **Uniform Case Management Report form** located at the Court's website www.flmd.uscourts.gov. *See* Doc. 3.

    Accordingly, it is now

    **ORDERED:**

    The Case Management Report (Doc. 6) is **STRICKEN**. The parties shall submit an Amended Case Management Report on or before **November 16, 2021**. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

**DONE** and **ORDERED** in Tampa, Florida on November 2, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties